The People of the State of New York, Respondent,
against
Andre Jean, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Felicia A. Mennin, J., at plea; Joanne B. Watters, J., at sentencing), rendered October 13, 2017, convicting him, upon his plea of guilty, of aggravated unlicensed operation of a motor vehicle in the third degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Felicia A. Mennin, J., at plea; Joanne B. Watters, J., at sentencing), rendered October 13, 2017, affirmed.
The accusatory instrument was not jurisdictionally defective. It charged all the elements of aggravated unlicensed operation of a motor vehicle in the third degree (see Vehicle and Traffic Law § 511[1][a]). Allegations that the "key was in the ignition, the engine was running and the defendant was behind the wheel" satisfied the operation element of the offense (see People v Alamo, 34 NY2d 453, 458-459 [1974]; People v Almanzar, 113 AD3d 527 [2014], lv denied 23 NY3d 1059 [2014]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 14, 2018